UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT L. DAVIS,

    Plaintiff,

v.                                        Case No. 3:22cv9583-MCR-HTC

UNITED STATES,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 20, 2022. ECF No. 5. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

Case No. 3:22cv9583-MCR-HTC

Page 2 of 2

2. This case is DISMISSED WITHOUT PREJUDICE as malicious and an abuse of the judicial process because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and is not under imminent danger of serious injury.

3. Plaintiff's Motion to Have Constitutional Challenge Served (ECF No. 7) is DENIED as moot.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**